**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael D. Erdman                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 15-19073 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                                                  Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Dec 2020, 16:22:57, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322