Certificate Number: 17572-PAE-DE-035256713

Bankruptcy Case Number: 15-19073



17572-PAE-DE-035256713

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 11, 2021, at 1:11 o'clock PM PST, Michael Erdman completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 11, 2021

By:   /s/Shelene Manzi

Name:   Shelene Manzi

Title:   Counselor