United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                      Case No. 15-19073-pmm

Michael D. Erdman                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Feb 11, 2021      Form ID: 138NEW      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Erdman, 927 W. State Street, Coopersburg, PA 18036-1907 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13649784 | + | Bank Of America, Correspondence FL-1-908-01-49, Po Box 31785, Tampa, FL 33631-3785 |
| 13731568 | | Bank of America, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| 14570464 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13653159 | | Bank of America, NA, c/o Joseph P. Schalk, Esq., 1617 JFK Boulevard, Suite 1400, 1 Penn Center Plaza, Philadelphia, PA 19103 |
| 13783568 | + | Bayview Loan Servicing, LLC, c/o Alexandra T. Garcia, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13649785 | + | Buxmont Endoscopy Center, 1107 Bethlehem Pkie, Sellersville, PA 18960-1454 |
| 13649786 | + | Buxmont Gastroenterology Assoc, 1107 Bethlehem Pike, Sellersville, PA 18960-1454 |
| 13679508 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 13649787 | + | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 13694772 | + | Citifinancial Servicing, LLc, c/o Jill Manuel-Coughlin, LLC, 3 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6965 |
| 13649788 | + | Donna Erdman, 927 West State Street, Coopersburg, PA 18036-1907 |
| 13704895 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 13649790 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 13649789 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 13649791 | + | Grandview Anesthesia Associates, 700 Lawn Avenue, Sellersville, PA 18960-1548 |
| 13649793 | + | St. Lukes Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 12 2021 03:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 12 2021 03:21:45 | The Bureaus, Inc., c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13649783 | | Email/Text: ebn@americollect.com | Feb 12 2021 03:58:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13826400 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 12 2021 03:57:00 | Bayview Loan Servicing LLC, 4425 Pounce de Leon Boulevard 5th Floor, Coral Gables, Florida 33146-1873 |
| 14106319 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:38:16 | Bureaus Investment Group Portfolio No 15 LLC, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 138NEW | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13711772 | Email/PDF: rmscedi@recoverycorp.com | Feb 12 2021 03:21:46 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 13649787 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:23:25 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 13649792 | + Email/PDF: cbp@onemainfinancial.com | Feb 12 2021 03:37:48 | Onemain Financial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 13679778 | Email/PDF: rmscedi@recoverycorp.com | Feb 12 2021 03:21:45 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank of America N.A. andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor CitiFinancial Servicing  LLC bankruptcy@powerskirn.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Michael D. Erdman msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Feb 11, 2021     Form ID: 138NEW     Total Noticed: 31
TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Michael D. Erdman
       Debtor(s)

Bankruptcy No: 15−19073−pmm
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                       For The Court
                       Timothy B. McGrath
                       Clerk of Court

Dated: 2/11/21

36 − 35
Form 138_new